IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

Clarence B. Jenkins Jr.,

Plaintiff,

v.

South Carolina Department of
Employment Workforce
Defendant.

C/A No. 3:26-cv-04970-SAC-PJG

COMPLAINT

RCVD - USDC COLA SC
OCT 20 '26 PM4:27

I as a Pro Se Plaintiff brings this lawsuit against SOUTH CAROLINA DEPARTMENT OF EMPLOYMENT WORKFORCE for CIVIL RIGHTS VIOLATIONS of Employment Discrimination and Retaliation based on United States Equal Employment(hereafter USEEOC) Charge No. 436-2026-02802 dated July 21, 2026 which authorized a lawsuit in U.S. Federal Court within ninety days(90). I as Pro Se Plaintiff has continued to be HARM with Employment Discrimination, Retaliation, Harassment and Intimidation that by SOUTH CAROLINA DPARTMENT OF EMPLOYMENT WORKFORCE. The Violations has been stated in USEEOC Charge No. 436-2026-02802. I as Pro Se Plaintiff was given a Dismissal with a Notice Of Right To Sue Letter on July 21, 2026 from USEEOC authorizing lawsuit in U.S. Federal Court. SOUTH CAROLINA DEPARTMENT OF EMPLOYMENT WORKFORCVE HAS AN EXTENSIVE AND ABUSIVE HISTORY of violating CIVIL RIGHTS of Pro Se Plaintiff which is well documented even in this U.S. Federal Court, Columbia Division of denied employment opportunities with other Rights and Privileges afforded by the U.S. Constitution. I as Pro Se Plaintiff has suffered DEPRIVATION by the HARMFUL AND ILLEGAL ACTS of SOUTH CAROLINA DEPARTMENT OF EMPLOYMENT WORKFORCE. I am seeking a DEMANDED JURY TRIAL to hold SOUTH CAROLINA DEPARTMENT OF EMPLOYMENT WORKFORCE ACCOUNTABLE for CIVIL RIGHTS VIOLATIONS.

**WHEREFORE,** I as Pro Se Plaintiff is seeking a DEMANDED JURY TRIAL to hold SOUTH CAROLINA DEPARTMENT OF EMPLOYMENT WORKFORCE accountable for CIVIL RIGHTS VIOLATIONS

October 20, 2026

Clarence B. Jenkins Jr.

Clarence B. Jenkins Jr.
945 Wire Rd.
Neeses, South Carolina 29107
(803) 263-4514
Upscale81@yahoo.com
Pro Se Plaintiff